No. 86–788.   PERRY v. ALABAMA POWER CO.   C. A. 11th Cir. Certiorari denied.

No. 86–823.   MOBIL OIL CORP. v. BOARD OF TRUSTEES OF THE INTERNAL IMPROVEMENT TRUST FUND OF THE STATE OF FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 86–827.   JAIN v. ITT GRINNELL CORP.   C. A. 5th Cir. Certiorari denied.

No. 86–840.   ROZAY'S TRANSFER v. SOUTHWEST ADMINISTRATORS, INC.   C. A. 9th Cir.   Certiorari denied.

No. 86–841.   BATH IRON WORKS CORP. ET AL. v. BOUFORD. Sup. Jud. Ct. Me.   Certiorari denied.

No. 86–856.   DARMSTADTER v. SOUTH CAROLINA NATIONAL BANK.   C. A. 4th Cir.   Certiorari denied.

No. 86–858.   REEDER v. KANSAS CITY BOARD OF POLICE COMMISSIONERS ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 86–859.   KOVAC v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 86–860.   WALKER v. ACTION INDUSTRIES, INC., ET AL. C. A. 4th Cir.   Certiorari denied.

No. 86–861.   L & L MARINE SERVICE, INC. v. INSURANCE COMPANY OF NORTH AMERICA.   C. A. 8th Cir.   Certiorari denied.

No. 86–865.   JONES v. FLAGSHIP INTERNATIONAL, DBA SKY CHEFS.   C. A. 5th Cir.   Certiorari denied.

No. 86–869.   D'ANGELO v. DISCIPLINARY BOARD OF SUPREME COURT OF NEW MEXICO.   Sup. Ct. N. M.   Certiorari denied.